NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GAMETEK LLC
(NOW KNOWN AS GT GAMING LLC),**
*Plaintiff-Appellant*

**v.**

**ZYNGA INC., ELECTRONIC ARTS INC.,**
*Defendants-Appellees*

**FUNZIO, INC., FUNZIO USA, INC., GREE
INTERNATIONAL, INC., CROWDSTAR
INTERNATIONAL LIMITED, CROWDSTAR, INC.,
CROWDSTAR NETWORK, LLC,**
*Defendants-Appellees*

———————————

2014-1620, 2014-1621, 2014-1622, 2014-1623

———————————

Appeals from the United States District Court for the Northern District of California in Nos. 3:13-cv-02546-RS, 3:13-cv-03089-RS, 3:13-cv-03472-RS, 3:13-cv-03493-RS, Judge Richard Seeborg.

———————————

**JUDGMENT**

———————————

JOHN J. EDMONDS, Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC, Houston, TX, argued for plain-

tiff-appellant. Also represented by STEPHEN F. SCHLATHER, SHEA NEAL PALAVAN.

WAYNE M. BARSKY, Gibson, Dunn & Crutcher LLP, Los Angeles, CA, argued for defendants-appellees. Also represented by ELLEN LIN, JASON C. LO, BLAINE H. EVANSON; STEVEN MOORE, Kilpatrick Townsend & Stockton LLP, San Francisco, CA. Defendants-appellees Funzio, Inc., Funzio USA, Inc., Gree International, Inc., Crowdstar International Limited, Crowdstar, Inc., Crowdstar Network, LLC also represented by VAIBHAV P. KADABA, Kilpatrick Townsend & Stockton LLP, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 17, 2015</u> | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |